UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEREK PAUL SMITH | CIVIL ACTION |
| VERSUS | NO. 22-4391 |
| BP EXPLORATION & PRODUCTION, INC. ET AL. | SECTION "J" (2) |

Related to:   12-968 BELO
              In MDL 2179 (10-md-2179)

# ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 15), and the failure of plaintiff to file an objection to the Report and Recommendation, hereby approves the Report and Recommendation and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that defendants' motion to dismiss (Rec. Doc. 4) is **GRANTED** and plaintiff's complaint (Rec. Doc. 1) is hereby **DISMISSED,** but with leave to amend.

New Orleans, Louisiana, this 31st day of January, 2022.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE