UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DEREK PAUL SMITH                                            CIVIL ACTION

VERSUS                                                      NO. 22-4391

BP EXPLORATION                                              SECTION "J" (2)
& PRODUCTION, INC. ET AL.

Related to:   12-968 BELO
              In MDL 2179 (10-md-2179)

# ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Rec. Doc. 24), which recommends that the Court grant BP's motion (Rec. Doc. 18) and dismiss with prejudice Plaintiff's Back-End Litigation Option ("BELO") amended complaint. Plaintiff filed an objection (Rec. Doc. 27) to the Report and Recommendation, and BP responded (Rec. Doc. 28). The Court has reviewed the matter *de novo*.

The Magistrate Judge previously granted BP's motion to dismiss Plaintiff's complaint without prejudice such that Plaintiff could amend his complaint to set forth specific facts demonstrating, inter alia, his diligence in investigating the link between his cardiovascular conditions and chemical exposure. (Rec. Doc. 15). Plaintiff's amended complaint failed to cure the deficiencies identified in the Magistrate Judge's first Report and Recommendation. Specifically, the amended complaint did not set forth additional factual information demonstrating the unavailability of public information linking his condition to chemical exposure or his reasonable diligence in

researching or consulting with his doctors about that connection after his diagnosis in 2014.

Having considered the parties' arguments, the relevant record, and the applicable law, the Court hereby approves the Report and Recommendation and adopts it as its opinion in this matter. Accordingly, for the reasons stated in the Report and Recommendation,

**IT IS ORDERED** that defendants' motion to dismiss (Rec. Doc. 18) is **GRANTED** and plaintiff's amended complaint (Rec. Doc. 16) is hereby **DISMISSED with prejudice.**

New Orleans, Louisiana, this 16th day of May, 2023.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE